UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MASIH MUHAMMAD,

    Plaintiff,                                        Case No. 1:08-cv-889

v                                                  HON. JANET T. NEFF

KENT COUNTY FRIEND OF THE
COURT,

    Defendant.
_____/


**<u>OPINION</u>**

       Plaintiff, proceeding pro se, filed this civil action against Kent County Friend of the Court objecting to the application of his government-issued economic stimulus check to the debt he owed for child support.  The case was referred to a Magistrate Judge.  On October 28, 2008, the Magistrate Judge filed a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2) on grounds that the complaint failed to state a claim.  The matter is presently before the Court on Plaintiff's objections to the Report and Recommendation.

       28 U.S.C. § 636(b)(1) requires this Court to perform de novo consideration of those portions of the Report and Recommendation to which objections have been made.  A general objection to a Magistrate Judge's report, one that fails to specify the issues of contention, does not satisfy the requirement that an objection be filed.  *Miller v. Currie,* 50 F.3d 373, 380 (6th Cir. 1995); *Howard*

1

*v. Secretary of Health and Human Servs.,* 932 F.2d 505, 508-09 (6th Cir. 1991). See also W.D. Mich. LCivR 72.3(b).

Plaintiff's objections merely reiterate the claims he made in his Complaint. Plaintiff makes no specific objection to the Magistrate Judge's recommendation to dismiss his case. Because the objections do not reveal any legal or factual error in the Magistrate Judge's analysis, the Court denies the objections.

For these reasons and because this action was filed *in forma pauperis*, this Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Judgment would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).

Date: November 13, 2008         /s/ Janet T. Neff
                                JANET T. NEFF
                                United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MASIH MUHAMMAD,

    Plaintiff,

Case No. 1:08-cv-889

HON. JANET T. NEFF

v

KENT COUNTY FRIEND OF THE COURT,

    Defendant.

_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS ORDERED** that the objections (Dkt 7) are DENIED and the Report and Recommendation (Dkt 5) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint (Dkt 1) is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2) for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

Date:  November 13, 2008           /s/ Janet T. Neff
                                                          JANET T. NEFF
                                                          United States District Judge